# EXHIBIT "F"

## Nicole Schroeder

**From:** Joshua R. Terebelo <jterebelo@FallLaw.com>
**Sent:** Tuesday, January 7, 2025 3:14 PM
**To:** Beth Sharp; Joshua R. Terebelo; Marco C. Masciulli; Jordan M. Ewald
**Cc:** Nicole M. Wright; Danae Lauffer; Nicole Schroeder
**Subject:** RE: EXT Alyana Cooper v Walmart

[EXTERNAL EMAIL]
I am not going to agree to Cap damages. I will agree to the extension and modifying the caption, though, so long as they're both filed.

Thanks.



JOSHUA R. TEREBELO | *Attorney at Law*

**30101 NORTHWESTERN HWY, SUITE 150**
**FARMINGTON HILLS, MI 48334**
PHONE (248) 939-8130
FAX
EMAIL   jterebelo@FallLaw.com

   

www.FallLaw.com

This email message is CONFIDENTIAL, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error or are not the named recipient(s), please immediately notify the sender by return email or by calling (800) 968-1001 and delete this email message from your computer. Thank you.

**From:** Beth Sharp <BSharp@zausmer.com>
**Sent:** Tuesday, January 7, 2025 3:10 PM
**To:** Joshua R. Terebelo <jterebelo@FallLaw.com>; Marco C. Masciulli <mmasciulli@FallLaw.com>; Jordan M. Ewald <jewald@FallLaw.com>
**Cc:** Nicole M. Wright <NWright@zausmer.com>; Danae Lauffer <DLauffer@zausmer.com>; Nicole Schroeder <NSchroeder@zausmer.com>
**Subject:** EXT Alyana Cooper v Walmart

Some people who received this message don't often get email from bsharp@zausmer.com. Learn why this is important

CAUTION: This message is from an external source. Please exercise caution before opening attachments, clicking links, or following guidance. If you believe it is malicious, use the Report Message button.

Counsel,

Please see attached correspondence enclosing a proposed Stipulated Order Extending Deadline for Defendant to File Responsive Pleadings, a proposed Stipulated Order to Modify the Caption of Plaintiff's Complaint to Identify the Correct Wal-Mart Legal Entity, and a proposed Stipulated Order Capping

1

Plaintiff's Alleged Damages Claim at Seventy-Five Thousand Dollars in regard to this matter. Please advise if we can e-sign your name to the orders and submit them to the court.

Please contact us if you have any questions or concerns.

Thank you,
Beth

**Beth Sharp**
Legal Assistant to Cristy M. DeVos &
Anastasios "Ty" Kiafoulis



ZAUSMER, P.C.
32255 Northwestern Highway, Suite 225
Farmington Hills, MI 48334-1530
Office: (248) 851-4111
www.zausmer.com

This email and any attachments may be privileged or confidential. If you are not the intended recipient, please delete the email and any attachments and notify us immediately.